BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re LuLaRoe Litigation                                    MDL No. 2791

SUPPLEMENTAL DECLARATION OF ALEJANDRO S. ANGULO IN SUPPORT OF
DEFENDANTS LULAROE, LLC AND LLR, INC.'S REPLY REGARDING MOTION
FOR CONSOLIDATION AND TRANSFER OF CLASS ACTIONS PURSUANT TO 28
U.S.C. SECTION 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS

I, Alejandro S. Angulo, declare as follows:

      1.      I am a partner at the law firm of Rutan & Tucker, LLP, counsel of record for defendants LuLaRoe, LLC ("LuLaRoe") and LLR, Inc. (together with LuLaRoe, "LLR") in the following actions: *Julie Dean and Suzanne Jones, on behalf of themselves and all others similarly situated v. LuLaRoe, LLC and LLR, Inc.*, Civil Case No. 4:17-cv-01579-JSW (the "First California Action"), *Caitlin Goodwin, individually and on behalf of all others similarly situated v. LLR, Inc. d/b/a LuLaRoe*, Civil Case No. 1:17-cv-00931-PAG (the "Ohio Action"), *Terri Doran, individually and on behalf of all others similarly situated v. LLR Inc. dba LuLaRoe*, Civil Case No. 3:17-cv-00781-BR (the "Oregon Action"), *Tanya Mack, individually and on behalf of all others similarly situated v. LLR, Inc. and LuLaRoe, LLC*, Civil Case No. 5:17-cv-00853-JGB-DTB (the "Second California Action"), and *Emma Heinichen and Andrea Rosica, on behalf of themselves and all others similarly situated v. LuLaRoe, LLC; LLR, Inc., and Does 1-100, inclusive*, Civil Case No. 4:17-cv-02880-JSW (the "Third California Action" and together with the First California Action, the Ohio Action, the Oregon Action, and the Second California Action, the "LuLaRoe Class Actions"). I am a member in good standing of the State Bar of California and have been admitted to practice before each of the courts in which the LuLaRoe Class Actions are currently pending.

      2.      I make this Declaration in support of LLR's Reply regarding Motion for Consolidation and Transfer of Class Actions Pursuant to 28 U.S.C. Section 1407 For Consolidated Pretrial Proceedings (the "Motion"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3.      As noted in my July 13, 2017 declaration, I spoke with counsel for plaintiffs in the First California Action, Rosemary Rivas, on about June 27, 2017 and told her Defendants were concerned about plaintiffs' proposed stipulation to transfer the LuLaRoe Class Actions pursuant to 28 U.S.C. section 1404(a) because the proposed stipulation: (1) would not consolidate or coordinate the LuLaRoe Class Actions; and (2) would not encapsulate any subsequently filed putative class actions, including one already threatened in Texas as of the time of the telephone conversation.  Since that conversation with Ms. Rivas, neither she nor counsel for any other plaintiffs in the LuLaRoe Class Actions have addressed or offered a solution to Defendants' concerns.

4.      In an effort to avoid further litigation in front of the Judicial Panel on Multidistrict Litigation, Defendants drafted proposed stipulations for each of the LuLaRoe Class Actions providing for (1) simultaneous transfer to the United States District Court for the Central District of California and (2) consolidation of discovery proceedings.

5.      On September 25, 2017, I sent an email to counsel for all plaintiffs in the LuLaRoe Class Actions attaching the proposed stipulations.  A true and correct copy of my September 25, 2017 email, including the proposed stipulations, is attached hereto as Exhibit A.

6.      As of the time of filing this declaration, I have not received any responses from plaintiffs' counsel either accepting or rejecting the proposed stipulations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 27th day of September, 2017 at Costa Mesa, California.

/s/ *Alejandro S. Angulo*
Alejandro S. Angulo