## Domin, Kaydi

| | |
|---|---|
| **From:** | Angulo, Alex <aangulo@rutan.com> |
| **Sent:** | Monday, September 25, 2017 5:43 PM |
| **To:** | Rosemary Rivas; pperoti@dworkenlaw.com; Michael Fuller; dcasey@cglaw.com |
| **Cc:** | Wade, Anastasia J.; Goates, Samantha; Hornak, Mike; Domin, Kaydi; Daniels, Brad |
| **Subject:** | LuLaRoe Class Action Matters |
| **Attachments:** | 11423844_1.docx; 11424042_1.docx; 11415362_1.docx; 11415631_1.doc |

Dear Counsel –

Given that all parties agree that the pending putative class actions ought to be transferred (whether by stipulation to transfer or order of the MDL panel) to the United States District Court for the Central District of California, and agree that there ought to be some level of coordination between the cases (including the Mack matter), we propose the attached stipulations to transfer the matters to Central District of California.   If timely reviewed, approved, and executed, an appearance before the MDL panel later this week in Boston may be avoided.

Best Regards,

**Alejandro S. Angulo**
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
(714) 641-3401 (direct)
aangulo@rutan.com
www.rutan.com

# RUTAN

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

Exhibit A, Page 4

1  Michael T. Hornak (State Bar No. 81836)
   mhornak@rutan.com
2  Alejandro S. Angulo (State Bar No. 217823)
   aangulo@rutan.com
3  Kathryn D.Z. Domin (State Bar No. 274771)
   kdomin@rutan.com
4  Samantha L. Goates (State Bar No. 310610)
   sgoates@rutan.com
5  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
6  Costa Mesa, California 92626-1931
   Telephone:     714-641-5100
7  Facsimile:     714-546-9035

8  Attorneys for Defendants
   LULAROE, LLC and LLR, INC
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  (OAKLAND DIVISION)

13  EMMA HEINICHEN and ANDREA          | Case No. 4:17-cv-02880-JSW
    ROSICA, on behalf of themselves and all |
14  others similarly situated,             | ASSIGNED FOR ALL PURPOSES TO:
                                           | HONORABLE JEFFREY S. WHITE
15              Plaintiffs,                |
                                           | **STIPULATION TO TRANSFER VENUE**
16         vs.                             | **PURSUANT TO 28 U.S.C. § 1404(a);**
                                           | **[PROPOSED] ORDER**
17  LULAROE, LLC and LLR, INC.,           |
                                           |
18              Defendants.               | Date Action Filed:  May 18, 2017
                                           | Trial Date:         Not set
19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

2686/033910-0007                    JOINT STIPULATION TO TRANSFER VENUE              Exhibit A, Page 5
11423844.1 a09/25/17                  PURSUANT TO 28 U.S.C. § 1404(a)

## JOINT STIPULATION TO TRANSFER VENUE

Plaintiffs Emma Heinichen and Andrea Rosica ("Plaintiffs") and Defendants LLR, Inc. and LuLaRoe, LLC ("Defendants"), collectively referred to as the "Parties," through their respective counsel of record, hereby jointly stipulate and agree as set forth below.

## RECITALS

1.      Plaintiffs filed their initial putative class action complaint ("Complaint") in the instant action on May 18, 2017.  The Complaint alleges two putative classes:

All persons, who are California residents, or who purchased the Products within the State of California for personal, family or household use, within the applicable statute of limitations period; and

All persons who are New Jersey residents, or who purchased the Products within the State of New Jersey for personal, family or household use, within the applicable statute of limitations period.

2.      From March 23 to May 26, 2017, four additional, nearly identical, putative class actions were filed in federal court (as set forth below) and a sixth putative class action threatened in Texas.  The other putative class actions include:

- *Dean et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-cv-01579-JSW (N.D. Cal.) (White, J.) (filed on March 23, 2017);

- *Goodwin v. LLR, Inc. et al.*, Case No. 1:17-cv-00931-PG (N.D. Ohio) (Gaughan, J.) (filed on March 27, 2017 and removed to federal court on May 2, 2017);

- *Doran v. LLR, Inc. et al.*, Case No. 3:17-cv-00781-BR (D. Ore.) (Brown, J.) (filed on April 17, 2017 and removed to federal court on May 18, 2017); and

- *Mack et al. v. LLR, Inc. et al.*, Case No. 5:17-00853-JGB-DTB (C.D. Cal.) (Bernal, J.) (filed on May 2, 2017).

3.      On June 14, 2017, Defendants filed a Motion For Consolidation And Transfer Of Class Actions Pursuant To 28 U.S.C. Section 1407 For Consolidated Pretrial Proceedings ("MDL Motion") with the United States Judicial Panel On Multidistrict Litigation ("JPML") on the grounds that five identical putative class actions were pending in four different federal districts and

Rutan & Tucker, LLP
attorneys at law

2686/033910-0007
11423844.1 a09/25/17

-1-

JOINT STIPULATION TO TRANSFER VENUE
PURSUANT TO 28 U.S.C. § 1404(a)

Exhibit A, Page 6

1   that more similar putative class action filings were expected.

2        4.        On June 22, 2017, and in conjunction with the MDL Motion, Defendants also filed

3   with this Court a Motion To Stay Proceedings Pending A Decision By The Judicial Panel On

4   Multidistrict Litigation To Consolidate And Transfer Class Actions ("Motion to Stay").

5        5.        Plaintiffs opposed the Motion to Stay, but the Court nevertheless granted the Motion

6   on July 18, 2017.

7        6.        Plaintiffs, and the other putative class action plaintiffs, further oppose Defendant's

8   MDL Motion and have collectively agreed the putative class actions should be transferred pursuant

9   to 28 U.S.C. § 1404(a).

10       7.        However, the Parties agree that this matter should be transferred to the United States

11  District Court for the Central District of California, regardless of whether the transfer is

12  accomplished through the MDL process or through 28 U.S.C. § 1404(a).  To conserve judicial

13  resources, the Parties herein stipulate and agree that the class actions not already pending in the

14  United States District Court for the Central District of California should be simultaneously

15  transferred to that District pursuant to 28 U.S.C. Section 1404(a), which provides:

16       For the convenience of parties and witnesses, in the interest of justice, a district court

17       may transfer any civil action to any other district or division where it might have

18       been brought.

19       8.        The Parties agree that this action could have been brought in the United States

20  District Court for the Central District of California, and that the convenience of the parties and

21  witnesses to this action warrants transfer.

22       9.        The Parties further agree that due to the parallel and overlapping claims in the five

23  putative class actions, consolidation of the actions' discovery matters is judicious.  Once all of the

24  putative class actions are pending in the United States District Court for the Central District of

25  California, the Parties will endeavor to individually and collectively take all necessary action to

26  consolidate the proceedings' discovery.

27  / / /

28  / / /

Rutan & Tucker, LLP
attorneys at law

2686/033910-0007
11423844.1 a09/25/17

-2-
JOINT STIPULATION TO TRANSFER VENUE
PURSUANT TO 28 U.S.C. § 1404(a)

Exhibit A, Page 7

1    **NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF**

2   **RECORD, HEREBY STIPULATE**:

3       1.      The stay pursuant to the Court's order on July 18, 2017 should be lifted;

4       2.      This action should be simultaneously transferred to the United States District Court

5   for the Central District of California with the other nearly identical putative class actions not

6   already pending in the United States District Court for the Central District of California, including

7   *Dean et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-cv-01579-JSW (N.D. Cal.), *Goodwin v. LLR,*

8   *Inc. et al.*, Case No. 1:17-cv-00931-PG (N.D. Ohio), and *Doran v. LLR, Inc. et al.*, Case No. 3:17-

9   cv-00781-BR (D. Ore.);

10      3.      Each party shall bear its own attorneys' fees and costs incurred in connection with

11  the transfer of this action to the United States District Court for the Central District of California.

12      **SO STIPULATED.**

13

14  Dated: September __, 2017                                          RUTAN & TUCKER, LLP

15

16                                                              By: _____

17                                                                    Alejandro S. Angulo
                                                                      Attorneys for Defendants
18                                                                    LULAROE, LLC and LLR, INC.

19  Dated: September __, 2017                            CASEY GERRY SCHENK FRANCAVILLA
                                                         BLATT & PENFIELD, LLP
20

21
                                                              By: _____
22                                                                    David S. Casey, Jr.
23                                                                    Attorneys for Plaintiffs
                                                                      EMMA HEINICHEN and ANDREA
24                                                                    ROSICA

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

2686/033910-0007
11423844.1 a09/25/17

-3-

JOINT STIPULATION TO TRANSFER VENUE
PURSUANT TO 28 U.S.C. § 1404(a)

Exhibit A, Page 8

1

### [PROPOSED] ORDER

2    Pursuant to the foregoing stipulation to transfer this action to the United States District

3 Court for the Central District of California and good cause appearing, it is hereby ORDERED that:

4    1.    The stay on these proceedings pursuant to this Court's order on July 18, 2017 is

5          hereby lifted;

6    2.    This action shall be simultaneously transferred to the United States District Court

7          for the Central District of California with the other nearly identical putative class

8          actions not already pending in the United States District Court for the Central

9          Distric of California, including *Dean et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-

10         cv-01579-JSW (N.D. Cal.), *Goodwin v. LLR, Inc. et al.*, Case No. 1:17-cv-00931-

11         PG (N.D. Ohio), and *Doran v. LLR, Inc. et al.*, Case No. 3:17-cv-00781-BR (D.

12         Ore.); and

13   3.    Each party shall bear its own attorneys' fees and costs incurred in connection with

14         the transfer of this action to the United States District Court for the Central District

15         of California.

16   IT IS SO ORDERED.

17

18                                              The Honorable Jeffrey S. White
                                                United States District Judge
19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

2686/033910-0007
11423844.1 a09/25/17

-4-

JOINT STIPULATION TO TRANSFER VENUE
PURSUANT TO 28 U.S.C. § 1404(a)

Exhibit A, Page 9

Brad S. Daniels, OSB No. 025178
brad.daniels@stoel.com
Rachel Lee, OSB No. 102944
rachel.lee@stoel.com
Samantha K. Sondag, OSB No. 154244
samantha.sondag@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

            Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TERRI DORAN, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>LLR Inc. dba LuLaRoe,<br><br>            Defendant. | Case No.: 3:17-cv-00781-BR<br><br>JOINT STIPULATION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a); [PROPOSED] ORDER |

Page 1   -   JOINT STIPULATION TO TRANSFER

Exhibit A, Page 10

## JOINT STIPULATION TO TRANSFER VENUE

Plaintiff Terri Doran ("Plaintiff") and Defendant LLR Inc. dba LuLaRoe ("Defendant"), collectively referred to as the "Parties," through their respective counsel of record, hereby jointly stipulate and agree as set forth below.

## RECITALS

1.     Plaintiff filed her putative class action complaint ("Complaint") in the instant action on April 17, 2017. The class alleged in the Complaint reads in part as follows:

> [A]ll Oregon consumers who, within one year before the date of the filing of this complaint, bought at least one pair of LuLaRoe's defective leggings. The quantity of LuLaRoe's defective legging sales in Oregon can be determined based on LuLaRoe's sales records, and based on claims forms and receipts from Oregon consumers. Excluded from the class are all attorneys for the class, officers and directors of LuLaRoe, including officers and directors of any entity with an ownership interest in LuLaRoe, any judge who sits on the case, and all jurors and alternate jurors who sit on the case.

2.     From March 23 to May 26, 2017, four additional, nearly identical, putative class actions were filed in federal court (as set forth below) and a sixth putative class action threatened in Texas. The other putative class actions include:

- *Dean et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-cv-01579-JSW (N.D. Cal.) (White, J.) (filed on March 23, 2017);

- *Goodwin v. LLR, Inc. et al.*, Case No. 1:17-cv-00931-PG (N.D. Ohio) (Gaughan, J.) (filed on March 27, 2017 and removed to federal court on May 2, 2017);

- *Mack et al. v. LLR, Inc. et al.*, Case No. 5:17-00853-JGB-DTB (C.D. Cal.) (Bernal, J.) (filed on May 2, 2017); and

- *Heinichen et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-cv-02880-JSW (N.D. Cal.) (White, J.) (filed on May 18, 2017).

Page 2   -   JOINT STIPULATION TO TRANSFER

3.      On June 14, 2017, Defendants filed a Motion For Consolidation And Transfer Of Class Actions Pursuant To 28 U.S.C. Section 1407 For Consolidated Pretrial Proceedings ("MDL Motion") with the United States Judicial Panel On Multidistrict Litigation ("JPML") on the grounds that five identical putative class actions were pending in four different federal districts and that more similar putative class action filings were expected.

4.      On June 28, 2017, and in conjunction with the MDL Motion, Defendants also filed with this Court an unopposed Motion To Stay Proceedings Pending A Decision By The Judicial Panel On Multidistrict Litigation To Consolidate And Transfer Class Actions ("Motion to Stay").  The Court granted the Motion on June 29, 2017.

5.      Plaintiff and the other putative class action plaintiffs oppose Defendants' MDL Motion, and have collectively agreed the putative class actions should be transferred pursuant to 28 U.S.C. § 1404(a).

6.      Nevertheless, the Parties agree that this matter should be transferred to the United States District Court for the Central District of California, regardless of whether the transfer is accomplished through the MDL process or through 28 U.S.C. § 1404(a).  To conserve judicial resources, the Parties herein stipulate that the class actions not already pending in the United States District Court for the Central District of California should be simultaneously transferred to that District pursuant to 28 U.S.C. Section 1404(a), which provides:

> For the convenience of parties and witnesses, in the interest of justice, a district
> court may transfer any civil action to any other district or division where it might
> have been brought.

7.      The Parties agree that this action could have been brought in the United States District Court for the Central District of California, and that the convenience of the parties and witnesses to this action warrants transfer.

8.      The Parties further agree that due to the parallel and overlapping claims in the five putative class actions, consolidation of the actions' discovery matters is judicious.  Once all of

Page 3   -   JOINT STIPULATION TO TRANSFER

the putative class actions are pending in the United States District Court for the Central District of California, the Parties will endeavor to individually and collectively take all necessary action to consolidate the proceedings' discovery.

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE:

1.    The stay pursuant to the Court's order on July 18, 2017 should be lifted;

2.    This action should be simultaneously transferred to the United States District Court for the Central District of California with the other nearly identical putative class actions not already pending in the United States District Court for the Central District of California, including *Dean et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-cv-01579-JSW (N.D. Cal.), *Goodwin v. LLR, Inc. et al.*, Case No. 1:17-cv-00931-PG (N.D. Ohio), and *Heinichen et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-cv-02880-JSW (N.D. Cal.); and

3.    Each party shall bear its own attorneys' fees and costs incurred in connection with the transfer of this action to the United States District Court for the Central District of California.

SO STIPULATED.

Page 4   -   JOINT STIPULATION TO TRANSFER

Exhibit A, Page 13

Each undersigned representative of the Parties certifies that he or she is fully authorized to enter and execute the terms and conditions of this Joint Stipulation to Transfer Pursuant to 28 U.S.C. § 1404(a).

IT IS SO ORDERED this _____ day of _____, 2017.


_____
The Honorable Anna J. Brown
United States District Judge



STOEL RIVES LLP                          OLSEN DAINES PC


_____        _____
Brad S. Daniels, OSB No. 025178          Michael Fuller, OSB No. 09357
brad.daniels@stoel.com                   Lead Trial Attorney for Terri Doran
Rachel Lee, OSB No. 102944               michael@underdoglawyer.com
rachel.lee@stoel.com                     Rex Daines, OSB No. 952442
Samantha K. Sondag, OSB No. 154244       Of Attorneys for Terri Doran
samantha.sondag@stoel.com                Telephone:  503.201.4570
Telephone:  503.224.3380

Attorneys for Defendant                  Attorneys for Plaintiff



Page 5   -   JOINT STIPULATION TO TRANSFER

1  Michael T. Hornak (State Bar No. 81836)
   mhornak@rutan.com
2  Alejandro S. Angulo (State Bar No. 217823)
   aangulo@rutan.com
3  Kathryn D.Z. Domin (State Bar No. 274771)
   kdomin@rutan.com
4  Samantha L. Goates (State Bar No. 310610)
   sgoates@rutan.com
5  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
6  Costa Mesa, California 92626-1931
   Telephone:    714-641-5100
7  Facsimile:    714-546-9035

8  Attorneys for Defendants
   LULAROE, LLC and LLR, INC.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         (OAKLAND DIVISION)

13

14  JULIE DEAN and SUZANNE JONES, on          Case No. 4:17-cv-01579-JSW
    behalf of themselves and all others similarly
15  situated,                                  ASSIGNED FOR ALL PURPOSES TO:
                                               HONORABLE JEFFREY S. WHITE
16                Plaintiffs,
                                               STIPULATION TO TRANSFER VENUE
17        vs.                                  PURSUANT TO 28 U.S.C. § 1404(a);
                                               [PROPOSED] ORDER
18  LULAROE, LLC and LLR, INC.,
19                Defendants.                  Date Action Filed:    March 23, 2017
                                               Trial Date:           Not set
20

21

22

23

24  / / /

25  / / /

26  / / /

27  / / /

28

1063/033910-0002
11415362.1 a09/25/17          JOINT STIPULATION TO TRANSFER VENUE PURSUANT TO
                                      28 U.S.C. § 1404(a)                          Exhibit A, Page 15

## JOINT STIPULATION TO TRANSFER VENUE

Plaintiffs Julie Dean and Suzanne Jones ("Plaintiffs") and Defendants LLR, Inc. and LuLaRoe, LLC ("Defendants"), collectively referred to as the "Parties," through their respective counsel of record, hereby jointly stipulate and agree as set forth below.

## RECITALS

1.      Plaintiffs filed their initial putative class action complaint ("Complaint") in the instant action on March 23, 2017, and filed their First Amended Complaint on May 18, 2017.  The class alleged in the First Amended Complaint reads as follows:

All individuals residing in the United States who, after March 31, 2016, purchased for personal, family or household use, LuLaRoe branded leggings manufactured outside of the United States.

2.      On May 5, 2017, Defendants filed a Motion To Transfer Venue Pursuant to 28 U.S.C. § 1404(a) ("Motion to Transfer") on the grounds that the United States District Court for the Central District of California was a more convenient forum for the parties and anticipated witnesses.

3.      On Mary 19, 2017, Plaintiffs filed an Opposition to the Motion to Transfer, contending that this action should not be transferred because the Central District of California, Riverside Division was, among other things, inconvenient for Plaintiffs.

4.      From March 23 to May 26, 2017, four additional, nearly identical, putative class actions were filed in federal court (as set forth below) and a sixth putative class action threatened in Texas.  The other putative class actions include:

- *Goodwin v. LLR, Inc. et al.*, Case No. 1:17-cv-00931-PG (N.D. Ohio) (Gaughan, J.) (filed on March 27, 2017 and removed to federal court on May 2, 2017);
- *Doran v. LLR, Inc. et al.*, Case No. 3:17-cv-00781-BR (D. Ore.) (Brown, J.) (filed on April 17, 2017 and removed to federal court on May 18, 2017);
- *Mack et al. v. LLR, Inc. et al.*, Case No. 5:17-00853-JGB-DTB (C.D. Cal.) (Bernal, J.) (filed on May 2, 2017); and
- *Heinichen et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-cv-02880-JSW (N.D. Cal.)

Rutan & Tucker, LLP
attorneys at law

1063/033910-0002
11415362.1 a09/25/17

-1-

JOINT STIPULATION TO TRANSFER VENUE PURSUANT TO
28 U.S.C. § 1404(a)

Exhibit A, Page 16

1    (White, J.) (filed on May 18, 2017).

2    5.    On June 14, 2017, Defendants filed a Motion For Consolidation And Transfer Of

3    Class Actions Pursuant To 28 U.S.C. Section 1407 For Consolidated Pretrial Proceedings ("MDL

4    Motion") with the United States Judicial Panel On Multidistrict Litigation ("JPML") on the

5    grounds that five identical putative class actions were pending in four different federal districts

6    and that more similar putative class action filings were expected.

7    6.    On June 20, 2017, and in conjunction with the MDL Motion, Defendants also filed

8    with this Court a Motion To Stay Proceedings Pending A Decision By The Judicial Panel On

9    Multidistrict Litigation To Consolidate And Transfer Class Actions ("Motion to Stay").

10    7.    Plaintiffs withdrew their Opposition to Defendants' Motion to Transfer on July 3,

11    2017, and a few days later filed their Oppositions to both the Motion to Stay and the MDL Motion

12    on July 5 and July 6, 2017, respectively.  Plaintiffs assert therein that they are now amendable to

13    transfer, but only transfer pursuant to 28 U.S.C. § 1404(a).

14    8.    On July 18, 2017, this Court granted the Motion to Stay, staying the action until the

15    JPML renders a decision on the MDL Motion.

16    9.    The Parties agree that this matter should be transferred to the United States District

17    Court for the Central District of California, regardless of whether the transfer is accomplished

18    through the MDL process or through 28 U.S.C. § 1404(a).  To conserve judicial resources, the

19    Parties herein stipulate that the class actions not already pending in the United States District

20    Court for the Central District of California should be simultaneously transferred to that District

21    pursuant to 28 U.S.C. Section 1404(a), which provides:

22    For the convenience of parties and witnesses, in the interest of justice, a district

23    court may transfer any civil action to any other district or division where it might

24    have been brought.

25    10.    The Parties agree that this action could have been brought in the United States

26    District Court for the Central District of California, and that the convenience of the parties and

27    witnesses to this action warrants transfer.

28    11.    The Parties further agree that due to the parallel and overlapping claims in the five

Rutan & Tucker, LLP
attorneys at law

1063/033910-0002
11415362.1 a09/25/17

-2-

JOINT STIPULATION TO TRANSFER VENUE PURSUANT TO
28 U.S.C. § 1404(a)

Exhibit A, Page 17

1   putative class actions, consolidation of the actions' discovery matters is judicious.  Once all of the

2   putative class actions are pending in the United States District Court for the Central District of

3   California, the Parties will endeavor to individually and collectively take all necessary action to

4   consolidate the proceedings' discovery.

5        **NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF**

6   **RECORD, HEREBY STIPULATE:**

7        1.      The stay pursuant to the Court's order on July 18, 2017 should be lifted;

8        2.      This action should be simultaneously transferred to the United States District Court

9   for the Central District of California with the other nearly identical putative class actions not

10  already pending in the United States District Court for the Central District of California, including

11  *Goodwin v. LLR, Inc. et al.*, Case No. 1:17-cv-00931-PG (N.D. Ohio),  *Doran v. LLR, Inc. et al.*,

12  Case No. 3:17-cv-00781-BR (D. Ore.), and *Heinichen et al. v. LuLaRoe, LLC et al.*, Case No.

13  4:17-cv-02880-JSW (N.D. Cal.);

14       3.      Each party shall bear its own attorneys' fees and costs incurred in connection with

15  the transfer of this action to the United States District Court for the Central District of California.

16       **SO STIPULATED.**

17

18  Dated: September __, 2017                              RUTAN & TUCKER, LLP

19

20                                                        By: _____

21                                                            Alejandro S. Angulo
                                                            Attorneys for Defendants
22                                                          LULAROE, LLC and LLR, INC.

23  Dated: September __, 2017                              LEVI & KORSINKSY LLP

24

25                                                        By: _____

26                                                            Rosemary M. Rivas
                                                            Attorneys for Plaintiffs
27                                                          Julie Dean and Suzanne Jones

28

Rutan & Tucker, LLP
attorneys at law

-3-

JOINT STIPULATION TO TRANSFER VENUE PURSUANT TO
28 U.S.C. § 1404(a)

Exhibit A, Page 18

1 | **[PROPOSED] ORDER**

2 |     Pursuant to the foregoing stipulation to transfer this action to the United States District

3 | Court for the Central District of California and good cause appearing, it is hereby ORDERED that:

4 |     1.    The stay on these proceedings pursuant to this Court's order on July 18, 2017 is

5 |             hereby lifted;

6 |     2.    This action shall be simultaneously transferred to the United States District Court

7 |             for the Central District of California with the other nearly identical putative class

8 |             actions not already pending in the United States District Court for the Central

9 |             Distric of California, including *Goodwin v. LLR, Inc. et al.*, Case No. 1:17-cv-

10 |             00931-PG (N.D. Ohio), *Doran v. LLR, Inc. et al.*, Case No. 3:17-cv-00781-BR (D.

11 |             Ore.), and *Heinichen et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-cv-02880-JSW

12 |             (N.D. Cal.); and

13 |     3.    Each party shall bear its own attorneys' fees and costs incurred in connection with

14 |             the transfer of this action to the United States District Court for the Central District

15 |             of California.

16 | IT IS SO ORDERED.

17 |

18 |                              The Honorable Jeffrey S. White

19 |                              United States District Judge

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Rutan & Tucker, LLP
attorneys at law

1063/033910-0002
11415362.1 a09/25/17

JOINT STIPULATION TO TRANSFER VENUE PURSUANT TO
28 U.S.C. § 1404(a)

Exhibit A, Page 19

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

GOODWIN,                              )        CASE NO.  1:17-CV-931
                                      )
      Plaintiff,                    )        JUDGE GAUGHAN
                                      )
    v.                            )
                                      )
LLR, INC. D/B/A LULAROE               )
                                      )
      Defendant.                    )

---

## STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

---

                                   Joseph T. Dattilo (#0010398)
                                   Michael P. O'Donnell (#0078390)
                                   Anastasia J. Wade (#0082797)
                                   BROUSE McDOWELL
                                   600 Superior Avenue East
                                   Suite 1600
                                   Cleveland, Ohio 44114
                                   Phone: (216) 830-6830
                                   Fax: (216) 830-6807
                                   E-mail: jdattilo@brouse.com
                                               modonnell@brouse.com
                                               awade@brouse.com

                                   *Attorneys for Defendant LLR, Inc.*

## JOINT STIPULATION TO TRANSFER VENUE

Plaintiff Caitlin Goodwin ("Plaintiff") and Defendant LLR, Inc. d/b/a LuLaRoe C/O Incorp Services, Inc. ("Defendant"), collectively referred to as the "Parties," through their respective counsel of record, hereby jointly stipulate and agree as set forth below.

## RECITALS

1.      Plaintiff filed her putative class action complaint ("Complaint") in the instant action on March 27, 2017.  The class alleged in the Complaint reads in part as follows:

> [A]ll other persons similarly situated residing in the U.S. who during the class period purchased LuLaRoe leggings manufactured outside of the United States during the class period.  This class excludes the Defendant's personnel and its retailers; all court personnel involved in this suit; and any person suing Defendant in any court for alleged defects in LuLaRoe leggings.

(Class Action Complaint (ECF Docket No. 1-2), PageID #14, ¶ 24.)

2.      From March 23 to May 26, 2017, four additional, nearly identical, putative class actions were filed in federal court (as set forth below) and a sixth putative class action threatened in Texas.  The other putative class actions include:

- *Dean et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-cv-01579-JSW (N.D. Cal.) (White, J.) (filed on March 23, 2017);

- *Doran v. LLR, Inc. et al.*, Case No. 3:17-cv-00781-BR (D. Ore.) (Brown, J.) (filed on April 17, 2017 and removed to federal court on May 18, 2017);

- *Mack et al. v. LLR, Inc. et al.*, Case No. 5:17-00853-JGB-DTB (C.D. Cal.) (Bernal, J.) (filed on May 2, 2017); and

- *Heinichen et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-cv-02880-JSW (N.D. Cal.) (White, J.) (filed on May 18, 2017).

3.      On June 14, 2017, Defendants filed a Motion For Consolidation And Transfer Of Class Actions Pursuant To 28 U.S.C. Section 1407 For Consolidated Pretrial Proceedings ("MDL Motion") with the United States Judicial Panel On Multidistrict Litigation ("JPML") on

1

the grounds that five identical putative class actions were pending in four different federal districts and that more similar putative class action filings were expected.  (See Notice of Motion to Transfer (ECF Docket No. 7).)

4.      On June 26, 2017, the Court stayed this matter's proceedings sua sponte pending the JPML's decision on Defendant's MDL Motion.  (Order of Stay (ECF Docket No. 9).)

5.      Plaintiff and the other putative class action plaintiffs oppose Defendants' MDL Motion and, instead, have collectively agreed the putative class actions should be transferred pursuant to 28 U.S.C. § 1404(a).

6.      However, the Parties agree that this matter should be transferred to the United States District Court for the Central District of California, regardless of whether the transfer is accomplished through the MDL process or through 28 U.S.C. § 1404(a).  To conserve judicial resources, the Parties herein stipulate that the class actions not already pending in the United States District Court for the Central District of California should be simultaneously transferred to that District pursuant to 28 U.S.C. Section 1404(a), which provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.

7.      The Parties agree that this action could have been brought in the United States District Court for the Central District of California, and that the convenience of the parties and witnesses to this action warrants transfer.

8.      The Parties further agree that due to the parallel and overlapping claims in the five putative class actions, consolidation of the actions' discovery matters is judicious.  Once all of the putative class actions are pending in the United States District Court for the Central District of California, the Parties will endeavor to individually and collectively take all necessary action to consolidate the proceedings' discovery.

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE:

1.  The stay pursuant to the Court's order on June 26, 2017 should be lifted;

2.  This action should be simultaneously transferred to the United States District Court for the Central District of California with the other nearly identical putative class actions not already pending in the United States District Court for the Central District of California, including *Dean et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-cv-01579-JSW (N.D. Cal.), *Doran v. LLR, Inc. et al.*, Case No. 3:17-cv-00781-BR (D. Ore.), and *Heinichen et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-cv-02880-JSW (N.D. Cal.); and

3.  Each party shall bear its own attorneys' fees and costs incurred in connection with the transfer of this action to the United States District Court for the Central District of California.

SO STIPULATED.

Respectfully Submitted,

By: /s/ Joseph T. Dattilo
Joseph T. Dattilo (#0010398)
BROUSE McDOWELL
600 Superior Avenue East
Suite 1600
Cleveland, Ohio 44114
Phone: (216) 830-6830
Fax: (216) 830-6807
Email: jdattilo@brouse.com

/s/
Patrick J. Perotti (#005481)
DWORKEN AND BERNSTEIN CO., L.P.A.
60 S. Park Place
Painesville, Ohio 44077
Phone: (440) 352-3391
Email: pperoti@dworkenlaw.com

3

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation to transfer this action to the United States District Court for the Central District of California and good cause appearing, it is hereby ORDERED that:

1.  The stay on these proceedings pursuant to this Court's order on June 26, 2017 is hereby lifted;

2.  This action shall be simultaneously transferred to the United States District Court for the Central District of California with the other nearly identical putative class actions not already pending in the United States District Court for the Central Distric of California, including *Dean et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-cv-01579-JSW (N.D. Cal.), *Doran v. LLR, Inc. et al.*, Case No. 3:17-cv-00781-BR (D. Ore.), and *Heinichen et al. v. LuLaRoe, LLC et al.*, Case No. 4:17-cv-02880-JSW (N.D. Cal.); and

3.  Each party shall bear its own attorneys' fees and costs incurred in connection with the transfer of this action to the United States District Court for the Central District of California.

IT IS SO ORDERED.

_____
The Honorable Patricia A. Gaughan
United States District Judge
Chief Judge

4