BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re LuLaRoe Litigation                                         MDL-2791

Proof of Service

I hereby certify that a copy of the foregoing:

Supplemental Declaration of Alejandro S. Angulo In Support of Defendants LuLaRoe, LLC and LLR, Inc,.'s Reply Regarding Motion for Consolidation and Transfer of Class Actions Pursuant to 28 U.S.C. Section 1407 for Consolidated Pretrial Proceedings

was served on all parties in the following cases electronically via ECF, or as indicated below on September 27, 2017, to the following:

Rosemary M. Rivas
Quentin Alexandre Roberts
Levi & Korsinsky LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
rrivas@zlk.com
qroberts@zlk.com
   **Counsel for Plaintiffs:  Julie Dean and Suzanne Jones, on behalf of themselves and all others similarly situated**
   USDC, Northern District of California, Oakland Division, No. 4:17-cv-01579-JSW

Frank A. Bartela
Nicole T. Fiorelli
Patrick J. Perotti
Dworken & Bernstein – Painsville
60 South Park Place
Painsville, OH 44077
fbartela@dworkenlaw.com
nfiorelli@dworkenlaw.com
pperotti@dworkenlaw.com
   **Counsel for Plaintiff:  Caitlin Goodwin individually and on behalf of all others similarly situated**
   Northern District of Ohio, Cleveland Division, No. 1:17-cv-00931-PAG

Anastasia J. Wade
Michael P. O'Donnell
Joseph T. Dattilo
Brouse McDowell
600 Superior Avenue, E
Suite 1600
Cleveland, OH 44114
awade@brouse, com
modonnell@brouse.com
jdattilo@brouse.com
   **Counsel for Defendant:  LLR, Inc. dba LuLaRoe c/o Incorp Services, Inc.**
   Northern District of Ohio, Cleveland Division, No. 1:17-cv-00931-PAG

Proof of Service cont.
In re LuLaRoe, LLC Litigation                                              MDL-2791

    Michael R. Fuller
    Olsen Daines PC
    US Bancorp Tower
    111 SW 5th Ave., Suite 3150
    Portland, OR 97204
    Michael@UnderdogLawyer.com
      **Counsel for Plaintiff: Terri Doran individually and on behalf of all others similarly situated**
      District of Oregon, Portland Division, No. 3:17-cv-00781-BR

    Brad S. Daniels
    Rachel C. Lee
    Samantha K. Sondag
    Stoel Rivas LLP
    760 S.W. Ninth Ave.
    Suite 3000
    Portland, OR 97205
    bsdaniels@stoel.com
    rclee@stoel.com
    samantha.sondag@stoel.com
      **Counsel for Defendant: LLR, Inc. dba LuLaRoe**
      District of Oregon, Portland Division, No. 3:17-cv-00781-BR

    Barbara A. Rohr
    Benjamin Heikali
    Faruqi and Faruqi LLP
    10866 Wilshire Boulevard, Suite 1470
    Los Angeles, CA 90024
    brohr@faruqilaw.com
    bheikali@faruqilaw.com
      **Counsel for Plaintiff: Tanya Mack individually and behalf of all others similarly situated**
      USDC, Central District of California, Eastern Division, No. 5:17-cv-00853-JGB-DTB

    Bonner C. Walsh
    Walsh PLLC
    P.O. Box 7
    Bly, OR 97622
    bonner@walshpllc.com
      **Counsel for Plaintiff, Pro Hac Vice: Tanya Mack individually and behalf of all others similarly situated**
      USDC, Central District of California, Eastern Division, No. 5:17-cv-00853-JGB-DTB

**Proof of Service cont.**
In re LuLaroe, LLC Litigation                                                    MDL-2791

    Michael Fuller
    Olsen Daines PC
    US Bancorp Tower
    111 SW 5th Avenue Suite 3150
    Portland, OR 97204
    michael@underdoglawyer.com
        **Counsel for Plaintiff, Pro Hac Vice: Tanya Mack individually and behalf of all others similarly situated**
        USDC, Central District of California, Eastern Division, No. 5:17-cv-00853-JGB-DTB

Clerk, Northern District of California
Oakland, CA

    Gayle Meryl Blatt
    David S. Casey, Jr.
    Casey Gerry Schenk Francavilla Blatt & Penfield LLP
    110 Laurel Street
    San Diego, CA 92101
    gmb@cglaw.com
    dcasey@cglaw.com
        **Counsel for Plaintiffs Emma Heinichen and Andrea Rosica**
        USDC, Northern District of California, Oakland Division: No. 4:17-cv-02880-JSW

Dated: September 27, 2017                                                  /s/ Susan Cook